M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2023 DEC -5 P 12: 12
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ELIJAH DESHAWN ROBINSON )
Full name and prison name of )
Plaintiff(s) )
)
)
v. )
Sgt. Demarcus Sanders )
A. Murphy )
Jamal D. Mitchell )
Walter J. Posey )
Lt. C. Carter )
Lt. D. Pressley )
Sgt. Salter )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. _____
(To be supplied by Clerk of U.S. District
Court)

2:23-CV-00699-RAH-JTA

I. PREVIOUS LAWSUITS
A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) ELIJAH DESHAWN ROBINSON

Defendant(s) Dandrea Evans, Jarvin Jarrett, George Henry Captin Thomas, Captain Robbins, Captain Jenkins, Gwendolyn Babers

2. Court (if federal court, name the district; if state court, name the county)
The U.S. District Court for the middle of Alabama

3. Docket number 2:23-cv-668-ECM-SMD

4. Name of judge to whom case was assigned Stephen M. Doyle Chief U.S. Magistrate Judge

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Still Pending

6. Approximate date of filing lawsuit November 17th, 2023

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Donaldson Correctional Facility 100 Warrior Lane Bessemer, Alabama 35023

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Elmore Correctional Facility 3520 Marion Spillway Road Elmore, Alabama 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. A. Murphy  3520 Marion Spillway Rd. Elmore, AL 36025
2. Jamal D. Mitchell  3520 Marion Spillway Rd. Elmore, AL 36025
3. Walter J. Posey  3520 Marion Spillway Rd. Elmore, AL 36025
4. Lt. C. Carter  3520 Marion Spillway Rd. Elmore, AL 36025
5. Lt. D. Pressley  3520 Marion Spillway Rd. Elmore, AL 36025
6. Sgt. Salter  3520 Marion Spillway Rd. Elmore, AL 36025
   Sgt. Demarcus Sanders  3520 Marion Spillway Rd. Elmore, AL 36025

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED October 19th, 2022; July 27th, 2023; September 20th, 2023; September 23rd, 2023

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   Assaulted by Lt. D. Pressley, Sgt. D. Sanders, Jamal D. Mitchell, and a couple other officers of Elmore CF.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On and about October 19th, 2022 @ approximately 8:23 pm - 9:30 pm I was assaulted by Lt. D. Pressley, Sgt. D. Sanders, Jamal D. Mitchell and a couple other Elmore COIs outside of B1 and B2 housing units. Inmate body chart in medical records. They literally jumped me + I have witnesses.

GROUND TWO: Violation of Federal Constitutions 8th and 14th Admendments. "Deliberate indifference" standards; Officials acted with consistent malicious cruelty.

SUPPORTING FACTS: On and about July 27th, 2023 I was denied access to law library several times by officer A. Murphy @ 9:43 am. On and about August 25th, 2023 I was denied my right to worship my religion by Officer Dunbar @ 3:43 am (morning worship hour); Living conditions were unconstitutional and ADOC officials failed to improve them.

GROUND THREE: Negligence of ADOC Officials in violation of Ala-Code Title 14 (Oath of Office) Officers swear to serve and protect.

SUPPORTING FACTS: On and about September 20, 2023 @ approximately 6:45-7:23 pm I reported to Sgt. Salter - the supervising official that I was beaten up and robbed by several inmates. Sgt. replied to me "what do you want me to do?" On and about September 23rd, 2023 @ 7:45 pm - 8:30 pm I was stabbed by the same group of inmates I reported to Sgt. Salter 3 days prior.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

actual damages of $250,000
punitive damages of $5 million
reinstated with min-community security level 1 custody
restoration of lost goodtime + goodtime earning status
placed back at work release
Proceed with criminal charges against Lt. Pressley, Sgt. Sanders, + Jamal D Mitchell for Assault.

Elijah Deshaun Robinson #711
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28th, 2023
(Date)

Elijah Deshaun Robinson #711
Signature of plaintiff(s)

ELIJAH-ROBINSON #74
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023
AIS: 320865



BIRMINGHAM AL 350
2 DEC 2023 PM

ZIP 35023 $ 000.87⁰
02 7H
0006094480   DEC 01 2023

Office of the Clerk
The U.S. District Court For
The Middle District of Alabama
One Church Street, Suite B-110
Montgomery, AL 36104-4018

LEGAL·ONLY

36104-401801

